DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____RTC DOCKET SHEET_____

PAGE 6

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/06/27 | RTC-13 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Federal Communication Commission order involving three appeals pending in three circuits as follows: one each in the Seventh Circuit, the Ninth Circuit and the D.C. Circuit.--appealing FCC agency order Evaluation of the Syndication and Financial Interest Rules, (MM Docket No. 90-162, dated May 29, 1991, published in 56 Fed. Reg. 26242 on June 6, 1991) |
| 91/06/27 | RTC-13 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating the three appeals in the SEVENTH Circuit. Random Selector Rose E. Washington, and Witness Patricia D. Howard. Notified Federal Communication Commission and clerks in involved circuits. |
| 91/06/28 | RTC-13 | CORRECTION FILED RE: CONSOLIDATION ORDER -- adding the captions of the appeals pending in the three circuits. Notified Federal Communication Commission and clerks in involved circuits. |
| 91/07/01 | RTC-14 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM National Labor Relations Board order involving two appeals pending in two circuits as follows: one in the Eighth Circuit and one in the D.C. Circuit--appealing NLRB Order in _Dubuque Packing Co._, 303 NLRB No. 66, issued on June 14, 1991. |
| 91/07/01 | RTC-14 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating two appeals that were pending in the D.C. Circuit. Random Selector Rose E. Washington, and Witness Patricia D. Howard  Notified National Labor Relations Board and clerks in involved circuits. |
| 91/07/08 | RTC-14 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 91/07/01 FROM National Labor Relations Board w/cert. of svc. (cdm) |
| 91/07/08 | RTC-13 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON June 27, 1991 FROM Federal Communication Commission w/cert. of svc. (cdm) |